**PRAMCO II, LLC, Plaintiff—Appellee,**

v.

**David M. KISSI, Defendant—Appellant,**

**and**

**Edith Truvillion Kissi, Defendant,**

**Carlos M. Recio, Party–in–Interest,**

**Bank of America, NA; Montgomery County Active Employees; Ammendale Living Trust, Garnishees.**

**Pramco II, LLC, Plaintiff—Appellee,**

v.

**David M. Kissi, Defendant—Appellant,**

**and**

**Edith Truvillion Kissi, Defendant,**

**Richard M. Kremen, Party–in–Interest,**

**Montgomery County Active Employees; Ammendale Living Trust; Key Bank & Trust, Garnishees.**

Pramco II, LLC;  Emil Hirsch;
O'Connor & Hannan, LLP,
Plaintiffs—Appellees,

v.

David M. Kissi, Individually and in his
capacity as Co–Trustee of the Ammen-
dale Living Trust, Defendant—Appel-
lant,

and

Edith Truvillion Kissi, Individually and
in her capacity as Co–Trustee of the
Ammendale Living Trust;  Ammen-
dale Living Trust, Defendants,

Christopher Bowmar Mead;  Richard M.
Kremen;  Jose Andrade;  DLA Piper
U.S. LLP;  Robert Eric Greenberg,
Parties–in–Interest,

David Muchow, Respondent,

Ammendale Living Trust, Garnishee,

v.

Michael Pearson;  Bennett and
Bair, LLP, Movants.

Pramco II, LLC, Plaintiff—Appellee,

v.

David M. Kissi, Defendant—Appellant,

and

Edith Truvillion Kissi, Defendant,

Montgomery County Active Employees;
Ammendale Living Trust,
Garnishees.

In re: DK & R Company, Debtor—
Party Below.

David M. Kissi, Party–in–
Interest—Appellant,

and

Edith Truvillion Kissi,
Party–in–Interest,

v.

Richard M. Kremen, Trustee—Appellee.

In re: DK & R Company, Debtor.

David M. Kissi, Party–in–
Interest—Appellant,

and

Edith Truvillion Kissi,
Party–in–Interest,

v.

Richard M. Kremen, Trustee—Appellee.

Nos. 08–1826, 08–1827, 08–1829,
08–1835, 08–1837, 08–1872.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 23, 2009.

Decided: April 29, 2009.

David M. Kissi, Appellant pro se.  Emil
Hirsch, James Patrick Ryan, Nossaman,
LLP, Washington, D.C.;  Maria Ellena
Chavez Ruark, DLA Piper U.S. LLP, Bal-
timore, Maryland, for Appellees.

Before MICHAEL, GREGORY, and
DUNCAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

In these consolidated appeals, David M.
Kissi appeals from the district court's or-
ders denying as frivolous his multiple mo-

tions for recusal, return of fees, and to dissolve a prefiling injunction. We have reviewed the record and find no reversible error. Accordingly, we deny all of Kissi's pending motions and affirm for the reasons stated by the district court. *Pramco II, LLC v. Kissi,* Nos. 8:02–cv–00042–PJM 8:02–cv–00043–PJM; 8:03–cv–02241–PJM; 8:02–cv–00044–PJM (D. Md. June 20, 2008); *Kissi v. Kremen,* No. 8:08–cv–00748–PJM (D. Md. June 3, 2008; June 20, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*